UNITED STATES v. AMERICAN SMELTING & REFINING CO. et al. †

(Circuit Court of Appeals, Eighth Circuit.   January 13, 1913.)

No. 3,809.

Appeal from the District Court of the United States for the District of Colorado; Robert E. Lewis, Judge.

Suit in equity by the United States against the American Smelting & Refining Company and others. Decree for defendants, and the United States appeals. Reversed.

B. D. Townsend, Sp. Asst. Atty. Gen., of Washington, D. C. (Harry E. Kelly, U. S. Atty., of Denver, Colo., on the brief), for the United States.

Horace N. Hawkins, of Denver, Colo., for appellees.

Before SANBORN and CARLAND, Circuit Judges, and W. H. MUNGER, District Judge.

CARLAND, Circuit Judge. This case involves the same questions as have been determined in No. 3,808, United States of America v. Exploration Company, Limited, et al., 203 Fed. 387, and for the reasons stated in the opinion in that case the decree herein must be reversed, and the case remanded to the United States District Court for the District of Colorado, with instruction to overrule the demurrer and allow appellees to answer the bill.

And it is so ordered.

† Rehearing denied April 26, 1913.